Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com
          rkorte@selvinwraith.com

Attorneys for
UNIGARD INSURANCE COMPANY and
ONEBEACON INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>GEORGE PERRY AND SONS, INC., a California Corporation, GARY MATTES, individually and dba GARY APIARIES and DOES 1 through 20, inclusive,<br><br>          Defendant. | CASE NO.: 18-68<br><br>**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:  January 26, 2018 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY ("Plaintiffs") hereby makes the following disclosures:

1.     Unigard Insurance Company is a Wisconsin corporation and is a wholly-owned subsidiary of QBE Regional Companies (N.A.), Inc., which is a wholly-owned subsidiary of QBE Holdings, Inc., which is a wholly-owned subsidiary of QBE Atlantic, LLC, which is a wholly-owned subsidiary of QBE Investments (North America), Inc., which is a wholly-owned subsidiary of QBE

Insurance Holdings, which is a wholly-owned subsidiary of QBE Insurance Group Limited.

     2.    OneBeacon Insurance Company was a Pennsylvania corporation.  In 2012, QBE Insurance Corporation purchased from OneBeacon the line of business that wrote the insurance policy at issue in this matter.  That book of business is now a wholly-owned subsidiary of QBE Insurance Corporation.  QBE Insurance Corporation is a Pennsylvania Corporation, domiciled in P A, and is wholly owned subsidiary of QBE Reinsurance Corporation. QBE Reinsurance Corporation is a wholly owned subsidiary of QBE Holdings Inc., which is a wholly-owned subsidiary of QBE Atlantic, LLC, which is a wholly-owned subsidiary of QBE Investments (North America), Inc., which is a wholly-owned subsidiary of QBE Insurance Holdings, which is a wholly-owned subsidiary of QBE Insurance Group Limited.

Dated:  January 26, 2018        SELVIN WRAITH HALMAN LLP

By: */s/ Gary R. Selvin*
    Gary R. Selvin
    Robin D. Korte
    Attorneys for
    UNIGARD INSURANCE COMPANY and
    ONEBEACON INSURANCE COMPANY

236411