Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:	(510) 874-1811
Facsimile:	(510) 465-8976
E-mail:	gselvin@selvinwraith.com
	rkorte@selvinwraith.com

Attorneys for Plaintiffs
UNIGARD INSURANCE COMPANY and
ONEBEACON INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE PERRY AND SONS, INC., a California Corporation, GARY MATTES, individually and dba GARY APIARIES and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00188-KJM-CKD<br>(Related to Case No.: 2:17-cv-01910-KJM-CKD)<br><br>*Assigned to: Honorable Kimberly J. Mueller*<br><br>**ORDER CONTINUING UNIGARD INSURANCE COMPANY AND ONEBEACON INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: September 14, 2017 |

IT IS HEREBY ORDERED Unigard's motion for partial summary judgment and the Nationwide's motion for summary judgment hearing dates will be continued to on **June 29, 2018** at 10:00 am in Courtroom 3. The deadline for Unigard and Nationwide's reply briefs for Unigard's Motion for Partial Summary Judgment and Nationwide's Motion for Summary Judgment shall be June 22, 2018. The Nationwide action and Unigard action are stayed for all other purposes until hearing on the Nationwide motion and Unigard motion. After the hearing on the Nationwide motion and Unigard motion the Court will revisit the Defendants' motion to stay. The Status Conference set for June 21, 2018 at 2:30 pm in Courtroom 3 will be continued and combined with the hearings on

the motions for summary judgment on **June 29, 2018** at 10:00 am in Courtroom 3.  The Parties need not meet and confer and need not submit joint Status Conference Statements or proposed scheduling orders.

    SO ORDERED.

DATED:  May 28, 2018.

                                       UNITED STATES DISTRICT JUDGE